# MANDATE

FILED
D. Conn. –
00CR052MAY 24 P 2: 38
Underhill, J.
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 20th day of April two thousand and five,

Present:

    Hon. James L. Oakes,
    Hon. Chester J. Straub,
        *Circuit Judges*,
    Hon. Richard J. Holwell,
        *District Judge*.\*

[Seal: UNITED STATES COURT OF APPEALS, FILED APR 20 2005, Roseann B. MacKechnie, Clerk, SECOND CIRCUIT]

United States of America,

        Appellee,

v.    03-1712-cr

Marvin Span,

        Defendant-Appellant.

    The Government moves, with the consent of Defendant-Appellant Marvin Span, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738, 764 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103, 118-20 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

    Any appeal taken from the district court following this remand and re-sentencing, if it occurs, can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3,4(b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

---

    \*The Honorable Richard J. Holwell, of the U. S. District Court for the Southern District of New York, sitting by designation.

SAO-LFR

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

— ISSUED MANDATE: 5-12-05 —