AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

V.                              **APPEARANCE**

**MARVIN SPAN**

DOCKET NUMBER: 3:00-CR-00226(SRU)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| October 4, 2005 | /S/ |
|---|---|
| DATED | SIGNATURE |

ALEX V. HERNANDEZ
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct 08345
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY       STATE        ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed to the following this 4th day of October, 2005:

Jason P. Gladstone, Esq.
125 Main Street, Suite 440
Westport, CT 06880


                                        /S/_____
                                        ALEX V. HERNANDEZ
                                        ASSISTANT UNITED STATES ATTORNEY