# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 3:00-cr-00226-SRU |
| | ) | |
| MARVIN SPAN | ) | December 14, 2005 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **APPEARNCE**

To the Clerk of the Court, please enter my appearance in the above-captioned matter as counsel for Marvin Span. This appearance is made pursuant to my appointment under the Criminal Justice Act.

Respectfully submitted,

/s/ Todd Bussert
Todd A. Bussert, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

CERTIFICATE OF SERVICE

I, Todd Bussert, hereby certify that a copy of the foregoing was served electronic mail this 14th day of December 2005 on the following:

Alex Hernandez, Supervisory AUSA
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604
Alex.Hernandez2@usdoj.gov

/s/ Todd Bussert

Todd Bussert