IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 3:00-cr-00226-SRU |
| ) | |
| MARVIN SPAN ) | December 14, 2005 |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE CROSBY REMAND MEMORANDUM**

COMES NOW Marvin Span, by and through undersigned counsel, and hereby respectfully requests 60 days within which to make a written submission regarding whether the Court should impose a non-trivially different sentence in the instant matter following remand from the Court of Appeals. In support of this request, Mr. Span states as follows:

1. Mr. Span stands convicted, following a guilty plea, of Unlawful Possession of a Firearm By a Prohibited Person in violation of 18 U.S.C. §§ 922(g), 924(e). On October 7, 2003, the Court, consistent with the mandatory guidelines system then in effect, sentenced Mr. Span to 188 months' imprisonment, 15 years of which (180 months) are mandatory by statute. [Docket #64].

2. On April 20, 2005, the United States Court of Appeals for the Second Circuit granted the government's consent motion to remand Mr. Span's case for re-sentencing in light of United States v. Booker, 543 U.S. 220 (2005) and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).

3. On May 31, 2005, the Court issued a scheduling order requesting simultaneous submissions on or before June 29, 2005. [Docket #78].

4. On October 7, 2005, undersigned counsel was appointed to represent Mr. Span subject to his complete a new financial affidavit, which was provided to the Court later that month.

5. Pursuant to discussions with Mr. Span, undersigned counsel believes that there exists information in the possession of his prior trial counsel that may be relevant to the Court's inquiry.

6. Undersigned counsel requests 60 days, that is, until February 13, 2006, to submit a memorandum as to the Crosby question.

7. Whereas AUSA Brian Spears is no longer with the United States Attorney's Office for the District of Connecticut, undersigned counsel spoke with Supervisory AUSA Alex Hernandez, who does not object to this request.

WHEREFORE it is prayed that the Court grant this request.

Respectfully submitted,

/s/ Todd Bussert
Todd A. Bussert, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

CERTIFICATE OF SERVICE

I, Todd Bussert, hereby certify that a copy of the foregoing was served electronic mail this 14th day of December 2005 on the following:

Alex Hernandez, Supervisory AUSA
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604
Alex.Hernandez2@usdoj.gov

/s/ Todd Bussert
Todd Bussert