**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 3:00-cr-00226-SRU |
| ) | |
| MARVIN SPAN ) | February 13, 2006 |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE CROSBY REMAND MEMORANDA**

COMES NOW Marvin Span, by and through undersigned counsel and joined by the government, and hereby respectfully requests an extension of time, from the current due date of today until and including March 3, 2006, within which to make a written submissions regarding whether the Court should impose a non-trivially different sentence in the instant matter following limited remand from the Court of Appeals. In support of this request, Mr. Span states as follows:

1. Mr. Span stands convicted, following a guilty plea, of Unlawful Possession of a Firearm By a Prohibited Person in violation of 18 U.S.C. §§ 922(g), 924(e). On October 7, 2003, the Court, consistent with the mandatory guidelines system then in effect, sentenced Mr. Span to 188 months' imprisonment, 15 years of which (180 months) are mandatory by statute. [Docket #64].

2. On April 20, 2005, the United States Court of Appeals for the Second Circuit granted the government's consent motion to remand Mr. Span's case to consider re-sentencing in light of United States v. Booker, 543 U.S. 220 (2005) and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).

3. On May 31, 2005, the Court issued a scheduling order requesting simultaneous submissions on or before June 29, 2005. [Docket #78].

4. On October 7, 2005, undersigned counsel was appointed to represent Mr. Span subject to his complete a new financial affidavit, which was provided to the Court later that month. The Court subsequently granted Mr. Span's request, to which the government consented, to file any <u>Crosby</u>-related submissions by February 13, 2006.

5. As previously noted, pursuant to discussions with Mr. Span, undersigned counsel believes information exists relevant to the issue presently before the Court. Relative to this motion, undersigned counsel is working to corroborate heretofore undisclosed information that arguably supports imposition of a non-trivially lesser sentence. It is believed that this process should conclude within the next few weeks.

6. Supervisory AUSA Alex Hernandez has been informed of the issues Mr. Span seeks to raise through his submission generally and joins in this motion. Attorney Hernandez also notes that he is scheduled for jury selection in another matter on February 28, 2006.

WHEREFORE it is prayed that the Court grant this request.

Respectfully submitted,

    /s/ Todd Bussert
Todd A. Bussert, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Todd Bussert
Todd Bussert