IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 3:00-cr-00226-SRU |
| ) | |
| MARVIN SPAN ) | March 6, 2006 |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO LATE FILE CROSBY MEMORANDUM**

Defendant Marvin Span, by and through undersigned counsel, respectfully moves the Court for leave to late file the attached memoranda (redacted and under seal) in support of Crosby remand resentencing. By Order of the Court, Docket #86, simultaneous briefing was due on March 3. However, undersigned counsel did not receive a legible version of information relevant to the Court's considerations until March 4. Counsel for the government was apprised of this fact by voice message on Friday afternoon and, as of this writing, has expressed no objection.

Respectfully submitted,

BY:    /s/ Todd Bussert
TODD A. BUSSERT, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

Appointed Counsel (CJA) for Marvin Span

## CERTIFICATE OF SERVICE

I, Todd Bussert, hereby certify that a copy of the foregoing was served via first class mail, postage prepaid, this 6th day of March 2006 on the following:

>Alex Hernandez, Supervisory AUSA
>United States Attorney's Office
>915 Lafayette Boulevard
>Bridgeport, CT 06604

>　　　　/s/ Todd Bussert　　　　
>Todd Bussert