IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Docket No. 3:00-cr-00226-SRU |
| MARVIN SPAN | ) ) | March 6, 2006 |
| Defendant. | ) ) | |

## MOTION TO FILE CROSBY MEMORANDUM UNDER SEAL

Defendant Marvin Span, by and through undersigned counsel and pursuant to D. Conn. L. Cr. R. 1(c), D. Conn. L. Civ. R. 5(d) and the Court's broad Article III powers to regulate the administration of the criminal trial process, respectfully requests permission of the Court to file under seal his memorandum in support of Crosby remand resentencing, which contains personal and sensitive information, including an attachment, akin to that included in the Presentence Investigation Report. A redacted version of this memorandum is submitted separately.

To the extent that the Court denies this motion, in part or in all, Mr. Span would request that the Court order the aforementioned memorandum marked "Under Seal" destroyed and grant undersigned counsel leave to make necessary revisions.

Respectfully submitted,

BY:  /s/ Todd Bussert
TODD A. BUSSERT, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

Appointed Counsel (CJA) for Marvin Span

CERTIFICATE OF SERVICE

    I, Todd Bussert, hereby certify that a copy of the foregoing was served via first class mail, postage prepaid, this 6th day of March 2006 on the following:

>Alex Hernandez, Supervisory AUSA
>United States Attorney's Office
>915 Lafayette Boulevard
>Bridgeport, CT 06604
>
>Joseph P. Montesi, Probation Officer
>U.S. District Court for the District of Connecticut
>  Probation Department
>Connecticut Financial Center
>157 Church Street, 22nd Floor
>New Haven, CT 06510

                          /s/ Todd Bussert
                          Todd Bussert