UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. |
| | : | 00cr226 (SRU) |
| MARVIN SPAN | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

I have determined that, had the Sentencing Guidelines been advisory, I would have imposed a non-trivially different sentence on Marvin Span. Accordingly, re-sentencing is scheduled for **July 28, 2006 at 2:00 p.m.**. The parties shall submit any briefs in aid of re-sentencing on or before **June 30, 2006.**

Entered at Bridgeport, Connecticut, this 18th day of May 2006.

                                      /s/ Stefan R. Underhill
                                        Stefan R. Underhill
                                        United States District Judge